■ In the Matter of ROBERT MacNARY, Respondent, v VALERIE DE FRANCESCO, Appellant.—Appeal from an order of the Family Court of Ulster County (Feeney, Jr., J.), entered September 3, 1986, which granted petitioner's application, in a proceeding pursuant to Domestic Relations Law § 240, for custody of Stephen MacNary.

Order affirmed, without costs, upon the opinion of Judge Bernard A. Feeney, Jr. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.